**Jeffrey HARRIS, Plaintiff–Appellant,**

**v.**

**Adame HASSE, Defendant–Appellee.**

**No. 13–3017.**

United States Court of Appeals,
Seventh Circuit.

Submitted and Decided Feb. 21, 2014.*

Rehearing Denied April 11, 2014.

Jeffrey Harris, Madison, WI, pro se.

Before RICHARD D. CUDAHY, Circuit Judge, FRANK H. EASTERBROOK, Circuit Judge and DIANE S. SYKES, Circuit Judge.

### ORDER

In this suit under 42 U.S.C. § 1983, Jeffrey Harris alleges that his probation officer violated his constitutional rights by forcing him, under threat of imprisonment, to accept an extension of his probation without a hearing. Harris seeks an order staying "the execution of arrest warrant, and mandatory appearances." The district court dismissed the suit at screening without prejudice. 28 U.S.C. § 1915(e)(2).

We agree with the district court that Harris chose the wrong vehicle to challenge the extension of his probation. Pro-

bation is a form of custody, *Minnesota v. Murphy,* 465 U.S. 420, 430, 104 S.Ct. 1136, 79 L.Ed.2d 409 (1984); *Drollinger v. Milligan,* 552 F.2d 1220, 1224 (7th Cir.1977), and § 1983 cannot be used to attack the fact or length of custody, *Preiser v. Rodriguez,* 411 U.S. 475, 489–90, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973); *Williams v. Wisconsin,* 336 F.3d 576, 579–80 (7th Cir. 2003). Instead, Harris may pursue his grievance only in a collateral action after exhausting his available state remedies. *See* 28 U.S.C. § 2254; *Williams,* 336 F.3d at 579–80; *Drollinger,* 552 F.2d at 1224–25.

AFFIRMED.